AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
For The
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEFFREY P. SPYDER ISAACSON<br>_____<br>*Defendant* | )<br>)<br>)  Case No.  4:26-mj-07010-ACE<br>)<br>)<br>) |

RECEIVED
UNITED STATES MARSHAL
2026 JAN 16 AM 9:32
EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. McAVOY, CLERK

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay, *JEFFREY P. SPYDER ISAACSON*, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court.

The offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2), (b)(1) - Receipt of Child Pornography
18 U.S.C. § 2252A(a)(5)(B), (b)(2) - Possession of Child Pornography

Date: **January 15, 2026**

*Issuing officer's signature*

City and state: Spokane, Washington          James A. Goeke, United States Magistrate Judge

---

### Return

This warrant was received on  1/16/26 , and the person was arrested on  1/15/26
at (city and state)  Richland, WA .

Arrested within the E/WA
By:  FBI
    (Agency)
Arresting officer's signature  1/15/26
Sign: Megan R. Schraner, USMS
Printed name and title